**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, Esq., State Bar #207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email:  Decker@luch.com

Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>            Plaintiffs,<br><br>    vs.<br><br>GERALD AGUILAR, an individual doing business as "M G MECHANICAL,"<br><br>            Defendant. | CASE NO.:  CV08-00364 AHM (RCx)<br><br>**JUDGMENT** |

**JUDGMENT**

134404.1

1  This action having been commenced on January 18, 2008, and the Court
2  having approved the stipulation of the parties for entry of judgment against defendant
3  Gerald Aguilar, and for good cause shown,

4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs
5  Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund,
6  Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the
7  Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the
8  Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the
9  Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and
10 Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National
11 Pension Fund, and Trustees of the International Training Fund shall recover from
12 defendant Gerald Aguilar, an individual doing business as "M G Mechanical," the
13 principal amount of $26,000.00, together with pre-judgment and post-judgment interest
14 thereon at the rate of ten percent (10%) per annum from April 15, 2008, until paid in
15 full.

DATED: May 20, 2008

_____
**Make JS-6**                         UNITED STATES DISTRICT JUDGE

**JUDGMENT**

134404.1